SCHENECTADY TRUST COMPANY, as Trustee, Appellant, *v.* NATHANIEL D. EMMONS, Defendant-Respondent, and ELIZABETH B. EMMONS et al., Infants, Defendants-Appellants et al., Defendants.

Reported below, 264 App. Div. 974.
Argued January 4, 1943; decided January 14, 1943.

*Walter A. Fullerton* for motion.
*Arthur S. Golden* and *Edmund B. Bellinger* opposed.

Motion denied, with ten dollars costs.